UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN OVERSEAS PROJECT MANAGEMENT LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN YOUTH AND FAMILIES,<br><br>                    Defendant. | CASE NO. 3:25-cv-05491-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The motion of attorneys Aric S. Bomsztyk, Tallman H. Trask, IV and Victoria Pearl Anderson to withdraw as counsel for Plaintiff (Dkt. No. 34) is GRANTED.  Mr. Trask shall provide a copy of this order to Plaintiff.  Mr. Trask will file a certification of service confirming transmission of this order to Plaintiff and identifying the address to which the order was sent.

MINUTE ORDER - 1

Because the Court cannot proceed with case scheduling until Plaintiff, a limited liability company, is represented by counsel, Defendant's motion to amend the case scheduling order (Dkt. No. 36) is DENIED as moot. All current scheduling deadlines are STRICKEN. No later than October 12, 2025, Plaintiff shall retain counsel and have new counsel enter a notice of appearance in this matter. The failure to obtain new counsel will result in this matter being dismissed without prejudice.

The Court will not consider the motion of Gabriel Abraham. (Dkt. No. 37.) He does not appear to be an attorney and is otherwise not authorized to appear on behalf of the Plaintiff. The Court STRIKES said motion.

The Clerk shall calendar this event.

Dated this 12th day of September, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2